GENIENE B. STILLWELL, SBN 138323
gstillwell@stillwelllawoffice.com
JULIE M. WINTERS, SBN 257312
jwinters@stillwelllawoffice.com
STILLWELL LAW OFFICE, P.C.
384 Forest Avenue, Suite 23b
Laguna Beach, CA 92651
Telephone: (949) 494-4744
Facsimile: (949) 494-4734

Attorneys for PLAINTIFF MICHAEL WOLIVAR

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WOLIVAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXAMINATION MANAGEMENT SERVICES, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV12-2192-JVS (RNBx)<br><br>**ORDER TO REMAND**<br><br>Date of Motion: February 25, 2013<br><br>Time: 1:30 p.m.<br><br>Hon. James V. Selna, Courtroom No. 10C |

1 | Upon consideration of the parties' moving, opposing, and all supporting papers in the matter, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Orange, Central Justice Center.

Further, Defendant is ordered to pay Plaintiff's attorneys' fees in bringing the Motion to Remand in the amount of $8,800.  Attorney John Barber shall have to responsibility for satisfying this award.

**IT IS SO ORDERED.**

Dated:  February 28, 2013          By: _____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

# CERTIFICATE OF SERVICE

I, Geniene B. Stillwell, declare as follows:

I am an attorney licensed to practice law in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 384 Forest Avenue, Suite 23b, Laguna Beach, CA 92651, in said County and State. On March 4, 2013, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER TO REMAND**

on the parties to this action as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>John L. Barber<br>Joseph R. Lordan<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626 | Attorneys for Defendants EXAMINATION MANAGEMENT SERVICES, INC., a corporation, and DOES 1 through 100, inclusive | U.S. Mail & CM/ECF System |

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I deposited the envelope with the U.S. Postal Service on that same day in the ordinary course of business, via certified mail, return receipt requested. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY CM/ECF SYSTEM**: I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

☑ **(FEDERAL)**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2013   _____

Geniene B. Stillwell

**PROOF OF SERVICE**